IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

THE GOLDEN TRIANGLE
DEVELOPMENT LINK; et al.                                          PLAINTIFFS

v.                                           CIVIL ACTION NO. 1:25-CV-181-GHD-DAS

UNITED STATES LIABILITY
INSURANCE COMPANY                                                DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having considered the parties' Agreed Stipulation of Dismissal with Prejudice [13] to dismiss all remaining claims asserted herein with prejudice, finds that this matter should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS, therefore, hereby ORDERED that all claims asserted in this lawsuit are DISMISSED WITH PREJUDICE, and this case is CLOSED, with each party to bear their own costs and attorneys' fees.

SO ORDERED, this the 22 day of June, 2026.

_____
SENIOR U.S. DISTRICT JUDGE